





**UrbanThreadBoutique**
279 sales ★★★★★

## The Greek Freak Milwaukee Bucks Trucker snapback hat, Basketball hat

**$14.40** ~~$18.00~~   ✓ In stock
You save $3.60 (20%)

Quantity
1 ▾

[ Buy it now ]

[ Add to cart ]

🚚 Nice choice! Enjoy free shipping to the US when you spend $35+ at this shop.

**Buy together, get free shipping**


This listing — The Greek Freak Milwaukee Bucks Trucker ...
$14.40
~~$18.00~~ (20% off)


Fountain Grove Red Barn, Sonoma County ...
$32.36
~~$40.45~~ (20% off)

34 shop reviews ★★★★★          Sort by: Recommended ▾