UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
GIANNIS ANTETOKOUNMPO,                                             :
                                                                   :
                        Plaintiff,                                 :
                                                                   :         20-CV-7260 (JMF)
        -v-                                                        :
                                                                   :         ORDER
DEANNE DEBACA FINNEY,                                              :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 19, 2020, the Court ordered Plaintiff to file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases, no later than November 2, 2020.  *See* ECF No. 13.  Paragraph 3(J) of those Rules and Practices provides that "[a] plaintiff seeking a default judgment should *not* proceed by order to show case."  Despite the Court's Order and Rules and Practices, Plaintiff filed a proposed order to show cause — not a motion — along with other papers.  *See* ECF Nos. 15-17.  Further, Plaintiff did not file any proof that he served on Defendant the papers that he filed.

       No later than **December 10, 2020**, Plaintiff shall file an actual *motion* in accordance with the Court's Individual Rules and Practices.  Additionally, Plaintiff is instructed to serve Defendant with that motion — along with a copy of this Order — via overnight courier and file proof of service by **December 14, 2020**.

       Defendant shall file any opposition to the motion for default judgment no later than **December 21, 2020**.  Further, the conference — currently scheduled for December 15, 2020 — is hereby ADJOURNED to **January 13, 2021 at 4:00 p.m.**  At that time, Defendant shall appear and show cause before this Court as to why an order granting a default judgment against Defendant should not be issued.  In the event that Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat the conference as the initial pretrial conference.  That is, if Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including Defendant — shall follow the pre-conference procedures specified in the Court's Order of September 10, 2020, including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference.  *See* ECF No. 7.

       SO ORDERED.

Dated: December 8, 2020
      New York, New York                                                _____
                                                                    JESSE M. FURMAN
                                                            United States District Judge