```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
GIANNIS ANTETOKOUNMPO,                                      :
                                                            :
                        Plaintiff,                          :
                                                            :           20-CV-7260 (JMF)
        -v-                                                 :
                                                            :                ORDER
DEANNE DEBACA FINNEY,                                       :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Plaintiff has filed a motion for default judgment against Defendant, ECF No. 19, and the Court has ordered the parties to appear for a default judgment hearing currently scheduled for January 19, 2021, *see* ECF No. 26.  On January 12, 2021, Plaintiff filed a letter motion seeking leave to file an amended motion for default judgment because his previous papers had "many deficiencies" and allegedly "omit[ted] remedies that Plaintiff would be entitled to."  ECF No. 28, at 2.  Plaintiff also requested an adjournment of the default judgment hearing to allow Defendant to oppose the new motion.  *Id.*

Plaintiff's motion for leave to file an amended motion for default judgment is GRANTED, and Plaintiff's earlier motion for default judgment, ECF No. 19, is DENIED as moot.  Plaintiff is instructed to file his new motion and accompanying papers as standalone ECF entries no later than **January 14, 2021**.  Defendant shall file any opposition no later than **January 22, 2021**.  Additionally, the hearing currently scheduled for January 19, 2020, is hereby ADJOURNED to **January 27, 2021 at 4:30 p.m.**

The hearing will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

Plaintiff is instructed to serve Defendant with this Order and his amended papers seeking default judgment via overnight courier and file proof of service no later than **January 15, 2021.**

The Clerk of Court is directed to terminate ECF Nos. 19 and 28.

SO ORDERED.

Dated: January 13, 2021
      New York, New York

                                    JESSE M. FURMAN
                                 United States District Judge