UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
           :
GIANNIS ANTETOKOUNMPO,           :
           :
           Plaintiff,           :
           :        20-CV-7260 (JMF)
     -v-           :
           :        <u>ORDER</u>
DEANNE DEBACA FINNEY,           :
           :
           Defendant.           :
           :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 13, 2021, the Court issued an Order setting a new briefing schedule for Plaintiff's amended motion for default judgment and scheduling a default judgment hearing for January 27, 2021. ECF No. 29. At the same time, the Court ordered Plaintiff to "serve Defendant with this Order and his amended papers [seeking default judgment] via overnight courier and file proof of service no later than January 15, 2021." *Id.* at 2.

      On January 14, 2021, Plaintiff filed amended motion papers seeking default judgment, ECF Nos. 30-33, along with proof of service of those papers on Defendant, ECF No. 34. He did not, however, file proof of service of the Court's January 13, 2021 Order. On January 22, 2021, the Court issues an Order instructing Plaintiff to clarify whether he had served the January 13, 2021 Order on Defendant. ECF No. 35. On January 25, 2021, Plaintiff notified the Court that he had "inadvertent[ly]" failed to serve the January 13, 2021 Order on Defendant. ECF No. 36.

      Unfortunately, the Court will have to — yet again — adjourn the upcoming default judgment hearing in light of Plaintiff's error. No later than **January 27, 2021**, Plaintiff shall serve on Defendant **via overnight courier** a copy of (1) this Order as well as (2) his moving papers seeking default judgment and, no later than **January 28, 2021**, file proof of such service on ECF. **Failure to comply — strictly — with the foregoing may result in sanctions**.

      Defendant shall file with the Court no later than **February 5, 2021**, any opposition to Plaintiff's motion for default judgment. The hearing currently scheduled for January 27, 2021, is ADJOURNED to **February 10, 2021, at 3:00 p.m.**

      The hearing will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of individuals who may speak during the teleconference and the telephone numbers from which they expect to join the call. More broadly, the parties should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

SO ORDERED.

Dated: January 26, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge