UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO, | Civil Case No.: 1:20-cv-07260-JMF |
| *Plaintiff,* | Hon. Jesse M. Furman |
| -v- | ECF Case |
| DEANNE DEBACA FINNEY | Electronically Filed |
| *Defendant.* | ~~PROPOSED~~ **DEFAULT JUDGMENT** |

This action having been commenced on September 4, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant DEANNE DEBACA FINNEY, on September 22, 2020 by delivering a true copy of each at Defendant's place of residence. Moreover, on September 23, 2020, Plaintiff served the Summons and the Complaint on Defendant DEANNE DEBACA FINNEY by depositing in a First Class postpaid properly addressed envelope marked as Personal and Confidential" in an official depository under the exclusive case and custody of the United States Post Office in the State of California, and a proof of service having been filed on October 15, 2020 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant in the liquidated amount of $4,860 with interest at 3.14% from March 15, 2020 amounting to $4,987.17 plus ~~costs and disbursements of this action in the amount of $9,101.35 amounting in all to $14,088.52~~.
costs in the amount of $801.35 and attorney's fees in the amount of $5,533.33, for a total of **$11,321.85**.

1

IT IS FURTHER ORDERED, ADJUDGED: That the Defendant is enjoined immediately and permanently from selling, offering to sell, advertising or marketing products bearing the "GREEK FREAK" and "GREEK FR34K" marks and using any mark that is confusingly similar to the marks at issue in connection with the manufacture, promotion, sale and/or offering for sale of any products. The Defendant shall immediately recall all of the products bearing the "GREEK FREAK" and "GREEK FR34K" marks.

Dated: New York, New York
      February 10, 2021

                                                    U.S.D.J.
                                         Hon. Jesse M. Furman

The Clerk of Court is directed to terminate all motions and close this case.